# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

156314 & (13)

*In re* WILLIAM SIM SPENCER

_____

WILLIAM SIM SPENCER,
        Plaintiff-Appellant,

v

        SC: 156314
        COA: 339685

BENZIE CIRCUIT JUDGE,
        Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 17, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

a0905